UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMILIAAN UNGER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MORRIS + D'ANGELO, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-03284-JSC<br><br>**ORDER TO DEFENDANT PATRICK JOSEPH D'ANGELO TO SHOW CAUSE** |

　　　　Patrick Joseph D'Angelo is the last remaining defendant in this lawsuit. On February 26, 2025, the Court set a briefing schedule on Plaintiff's Motion for Summary Judgment on the issue of whether Mr. D'Angelo was a partner of defendant Morris + D'Angelo during the relevant period. (Dkt. No. 85.) Since that time, Mr. D'Angelo has not cooperated with appearing for his deposition and he did not appear at the June 17, 2025 discovery conference held to address his lack of cooperation. So, the summary judgment briefing schedule had to be vacated.

　　　　Following the June 17, 2025 conference, Plaintiff served Mr. D'Angelo with two separate deposition notices. After many false starts, his deposition was finally scheduled for August 20, 2025. (Dkt. No. 90.) On August 19, 2025, Mr. D'Angelo cancelled the deposition at the last minute, causing Plaintiff to have to pay a cancellation fee of $1,273. While Mr. D'Angelo agreed to pay the cancellation fee, he has not done so and he also has not cooperated with Plaintiff to reschedule the deposition. (*Id.*)

　　　　Accordingly, on or before **September 10, 2025**, Mr. D'Angelo is ORDERED TO SHOW CAUSE why the Court should not (1) order him to pay Plaintiff $1,273 for the cancelled deposition, and (2) enter default judgment against him for his failure to permit Plaintiff to take his deposition. **Mr. D'Angelo is warned that his failure to respond to this Order as directed and**

**in the interim arrange for his deposition is likely to lead to judgment being entered against him in this lawsuit.**

The further case management conference scheduled for August 27, 2025 is continued to **September 17, 2025 at 2:00 p.m. via Zoom video**. An updated statement is due September 10, 2025 and should include a proposed revised summary judgment schedule. **Mr. D'Angelo must attend the September 17, 2025 status conference and, as ordered above, by September 10, 2025 respond to this Order to Show Cause.**

IT IS SO ORDERED.

Dated: August 25, 2025

JACQUELINE SCOTT CORLEY
United States District Judge